**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CARLOS ORTEGA,
     Petitioner,

vs.                         Case No.: 3:08cv319/MCR/EMT

STATE OF FLORIDA,
     Respondent.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 1, 2008 (Doc. 5).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

     **DONE AND ORDERED** this 6th day of November, 2008.


                       s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**